Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 13 PM 12: 31

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Mark E. Anderson | **Docket Number:** 8:04CR449 |
| **Sentencing Judge:** | Laurie Smith Camp<br>U.S. District Judge | |
| **Date of Original Sentence:** | November 7, 2005 | |
| **Original Offense:** | Felon in Possession of a Firearm, [18 U.S.C. 922(g)(1)] | |
| **Original Sentence:** | 32 months BOP; three years Supervised Release | |
| **Type of Supervision:** | Supervised Release | |

**Date Supervision Commenced:** August 9, 2006

---

### PETITIONING THE COURT

\_\_  To extend the term of supervision for _____, for a total term of _____

_X_  To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program under electronic monitoring for a period of 90 consecutive days. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the cost of electronic monitoring.

### CAUSE

Mr. Anderson's involvement in the home confinement program will provide structure in his daily activities, to promote full time employment, and allow this officer to monitor his associates closely. The term of home confinement will also serve as an appropriate sanction for the recent supervised release violations.

Respectfully submitted,

*Harriette Washington*
Harriette Washington
U.S. Probation Officer

Reviewed by,

*David E. Goering*
David E. Goering, Supervisor
U.S. Probation Officer

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

___ Other

*Laurie Smith Camp*
Laurie Smith Camp
U.S. District Judge

11/9/06
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition:

The defendant shall participate in the home confinement program under electronic monitoring for a period of <u>90</u> consecutive days. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the cost of electronic monitoring.

Witness: _Harriette Washington_
U.S. Probation Officer

Signed: _Mark E. Anderson_

Date: 11/8/06