# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR449** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **MARK E. ANDERSON,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion (Filing No. 59) to dismiss the Petition for Offender Under Supervision (Filing No. 48).

IT IS ORDERED:

1. The government's motion (Filing No. 59) to dismiss is granted; and

2. The Petition for Offender Under Supervision (Filing No. 48) is dismissed; and

3. The final dispositional hearing scheduled on August 11, 2008, at 3:00 p.m. before the undersigned Judge is cancelled.

DATED this 8th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge